**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**XEZAVION TAYLOR**                                                          **PLAINTIFF**

**V.**                                                                  **NO. 4:11CV039-A-A**

**MILTON GASTON, et al.**                                                  **DEFENDANTS**

**ORDER OVERRULING OBJECTIONS and ADOPTING**
**REPORT AND RECOMMENDATION**

The plaintiff, an inmate, brings this *pro se* complaint pursuant to 42 U.S.C. § 1983.  On September 21, 2011, the Magistrate Judge submitted a Report recommending that all of the plaintiff's claims be dismissed except for his denial of medical treatment.

The plaintiff has filed his objections to the Magistrate Judge's recommendations.  The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court.

THEREFORE, it is hereby ORDERED that

(1) the plaintiff's objections to the Report and Recommendation of the United States Magistrate Judge are OVERRULED;

(2) the Report and Recommendation (docket entry 12) is APPROVED and ADOPTED as the opinion of this court;

(3) the plaintiffs claims are DISMISSED; except

(4) the claim for denial of adequate medical treatment shall go forward.

SO ORDERED, this the 6th day of January, 2012.


                                                    **/s/ Sharion Aycock**
                                                    **U.S. DISTRICT JUDGE**